UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Warren Picard</u>

             v.                    Case No. 09-cv-259-PB

<u>Hillsborough County Department
of Corrections, Medical Department
et al.</u>

<u>O R D E R</u>

     I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated December 11, 2009, no objection having been filed, for the reasons set forth therein.

     SO ORDERED.

December 29, 2009

                                        <u>*/s/ Paul Barbadoro*</u>
                                        Paul Barbadoro
                                        U.S. District Court Judge

cc:    Warren Picard, pro se