**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**

Warren Picard

    v.                                               Civil No. 09-cv-259-PB

James O'Mara, Superintendent,
Hillsborough County Department
of Corrections, et al.

**O R D E R**

This Court recently reviewed Warren Picard's complaint (document nos. 1, 3 & 4) in this matter. The Clerk's Office was inadvertently directed to make service on the defendants through the office of the New Hampshire Attorney General. The defendants against whom service was authorized, however: Hillsborough County Department of Corrections ("HCDOC") Superintendent James O'Mara and HCDOC Officers Dusenbaum, Robinson, Baldwin, and Dornall, however, are all employees of Hillsborough County.

Accordingly, the Clerk's Office is now directed to complete summons forms for each of the above-named defendants and issue the summonses against defendants and forward to the United States Marshal for the District of New Hampshire (the "U.S. Marshal's office") the summonses and copies of the complaint (document nos. 1, 3 & 4), the Report and Recommendation and Order issued

December 11, 2009 (document nos. 5 & 6), the Order approving the December 11, 2009 Report and Recommendation (document no. 7), and this Order. Upon receipt of the necessary documentation, the U.S. Marshal's office shall effect service upon defendants. <u>See</u> Fed. R. Civ. P. 4(c)(2).

Defendants are instructed to answer or otherwise plead within twenty days of service. <u>See</u> Fed. R. Civ. P. 12(a)(1)(A).

Picard is instructed that all future pleadings, written motions, notices, or similar papers shall be served directly on the defendants by delivering or mailing the materials to them or their attorney(s), pursuant to Fed. R. Civ. P. 5(b).

**SO ORDERED.**

/s/ James R. Muirhead
James R. Muirhead
United States Magistrate Judge

Date: February 10, 2010

cc: Warren Picard, pro se

JM:jba